IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 CV 58

| SONYA DAVIS, | ) | |
|---|---|---|
| Plaintiff | ) | |
| V | ) | **ORDER** |
| SCOPE SERVICES, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on James M. Dedman, IV's Application for Admission to Practice *Pro Hac Vice* of Deborah Casey Brown. It appearing that Deborah Casey Brown is a member in good standing with the South Carolina State Bar and will be appearing with James M. Dedman, IV, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that James M. Dedman, IV's Application for Admission to Practice *Pro Hac Vice* (#9) of Deborah Casey Brown is **GRANTED**, and that Deborah Casey Brown is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with James M. Dedman, IV.

Signed: April 18, 2013

Dennis L. Howell
United States Magistrate Judge