IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv58

| SONYA DAVIS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| SCOPE SERVICES, | ) | |
| Defendant. | ) | |

Upon a review of the docket in this case, the Court **DIRECTS** the parties to appear for a status conference on August 9, 2013, at 9:30 a.m. in Courtroom 2 at the United States District Court Western District of North Carolina, Asheville Division, 100 Otis Street, Asheville, North Carolina.

Signed: July 30, 2013

Dennis L. Howell
United States Magistrate Judge