IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 CV 58

| | |
|---|---|
| SONYA DAVIS, ) | |
| ) | |
| Plaintiff ) | |
| ) | **ORDER** |
| v ) | |
| ) | |
| SCOPE SERVICES, ) | |
| ) | |
| Defendant ) | |

**THIS MATTER** has come before the undersigned pursuant to Defendant's Report on Selection of Mediator and Joint Stipulation of Consent to Exercise of Jurisdiction of United States Magistrate Judge (#15) and pursuant to the Court's Order (#16) setting a status conference for August 9, 2013. At the call of the status conference on August 9, 2013, the Plaintiff did not appear. Defendant was present and represented through James M. Dedman, IV. From the Defendant's report (#15) it appears that Defendant's counsel has attempted to try to discuss the selection of a mediator in this matter with Plaintiff and Plaintiff will not respond to efforts made by Defendant's counsel to contact her. Defendant has proposed that attorney Clifford C. Marshall, Jr. of Marshall, Roth & Gregory be selected to serve as mediator in this matter. The Court is familiar with Mr. Marshall, who is an

excellent attorney and mediator and finds that he would be a fit and suitable mediator to preside over the mediation in this matter.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Defendant's Report on Selection of Mediator and Joint Stipulation of Consent to Exercise of Jurisdiction by United States Magistrate Judge (#15), being considered as a motion, will be **ALLOWED** and Clifford C. Marshall, Jr. be named as the mediator in this matter.

Signed: August 20, 2013

Dennis L. Howell
United States Magistrate Judge