# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:13cv58

| | |
|---|---|
| SONYA DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SCOPE SERVICES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pending before the Court is the Motion to Dismiss [# 17] filed by Defendant. Defendant, however, failed to comply with the requirements of the Local Rules and submit a legal brief in support of its motion. LCvR 7.1 (C). Accordingly, the Court **DENIES without prejudice** the motion [# 17]. Future motions filed in this case shall contain a short motion stating with particularity the grounds of the motion and the relief sought, as well as a legal brief filed contemporaneously with the motion containing legal authority supporting the relief requested. LCVR 7.1.

Signed: August 21, 2013

Dennis L. Howell
United States Magistrate Judge