IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv58

| | |
|---|---|
| SONYA DAVIS, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>SCOPE SERVICES, )<br>)<br>    Defendant. )<br>_____ ) | ORDER |

Pending before the Court is the Motion to Dismiss [# 21] filed by Defendant. Defendant moved to dismiss with prejudice this action brought by the *pro se* Plaintiff. Upon a review of the Defendant's motion, the record, and the relevant legal authority, the Court **DENIES** the motion [# 21] because dismissal with prejudice is not warranted in this case at this time.

After the Court entered its Pretrial Order and Case Management Plan, the parties filed a Joint Stipulation of Consent to Jurisdiction by a United States Magistrate Judge. In addition, Defendant moved for a ninety day extension of the discovery, mediation, and motion deadline in this case. Upon a review of the docket, the Court **DIRECTS** the parties as follows:

    (1)    Discovery in this case shall close April 1, 2014. Any motions

to compel or other discovery motions must be filed no later than March 1, 2013.

(2)   The mediation deadline is April 15, 2014

(3)   Dispositive motions are due May 15, 2014

(4)   Once the Court has ruled on any pending motions for summary judgment or if no such motions are filed, the Court will set a pretrial conference in this case and place it on the Court's trial calendar.  The case, however, is no longer set for a September 8, 2013, bench trial.

(5)   The Court **DENIES as moot** the Motion for Extension of Time [# 26].

Signed: December 30, 2013

Dennis L. Howell
United States Magistrate Judge