IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 CV 58

| | |
|---|---|
| SONYA DAVIS, )  )    Plaintiff )  ) v )  ) SCOPE SERVICES, )  )    Defendant ) | **ORDER** |

**THIS MATTER** has come before the undersigned *sua sponte* pursuant to report of mediation (#28) filed by Clifford C. Marshall, Jr., Attorney at Law of Asheville, North Carolina, who acted as mediator in this matter. On January 7, 2014 Mr. Marshall filed a report of mediator reporting that this matter had been completely settled and resolved. Mr. Marshall further reported that a stipulation of dismissal signed by the parties would be filed within ten days of the filing of his report. As of the date of the filing of this Order the stipulation of dismissal has not been filed. The undersigned will direct that the parties shall appear before the undersigned on February 7, 2014 at 2:00 p.m. for there to be a status hearing in regard to the filing of the stipulation of dismissal. If the stipulation of dismissal is filed before that date, then the hearing shall be cancelled.

1

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the parties and their counsel shall appear before the Court on **February 7, 2014 at 2:00 p.m.** for there to be a status conference to determine why the stipulation of dismissal of this matter has not been filed. It is further **ORDERED** that should the stipulation of dismissal be filed before that date, the hearing shall be cancelled. A copy of this Order shall be filed electronically with counsel for Defendant and a copy shall be mailed to the Plaintiff in this matter by United States Mail.

Signed: January 30, 2014

Dennis L. Howell
United States Magistrate Judge